*Friday, September 2, 1994*

## MOTION DOCKET

**89–722.** State v. Spirko. *Van Wert County*, No. 15–84–22. On motion to set execution date and to terminate stay of execution. Stay terminated; the execution date of January 1, 1995 is set.

**94–1319.** State ex rel. Crabtree v. Bur. of Workers' Comp. In Mandamus and Prohibition. On request for oral argument. Request granted.

MOYER, C.J., and WRIGHT, J., dissent.

On motion for peremptory writ or, in the alternative, request for expedited proceedings. Request for expedited proceedings granted and alternative writ granted.

MOYER, C.J., dissents and would deny the peremptory writ.

WRIGHT, J., dissents.

**94–1571.** Greene Metro. Hous. Auth. v. Newsome. *Greene County*, No. 93–CA–84. On application for stay of proceedings. Application denied.

**94–1650.** Jackson v. Plainville Concrete, Inc. *Clermont County*, No. CA93–10–075. On motion to consolidate with 93–2429, *Gibbs v. Simcote, Inc.*, Marion County, No. 9–93–15, or, alternatively, on application for stay. Stay granted.

A.W. SWEENEY and DOUGLAS, JJ., dissent.

## DISCIPLINARY DOCKET

**94–1725.** In re Sweeney. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), John T. Sweeney of Westlake, Ohio, Attorney Registration No. 0023564, is indefinitely suspended from the practice of law in the state of Ohio.

*Wednesday, September 7, 1994*

## MERIT DOCKET

**94–1042.** State ex rel. Cheren v. Zaleski. *Summit County*, No. 16458. *Sua sponte*, cause dismissed and motion to strike overruled.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would affirm.

**94–1230.** State v. Lott. *Cuyahoga County*, No. 54537. Judgment affirmed.

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

DOUGLAS, J., dissents.

**94–1332.** State v. Anderson. *Hamilton County*, No. C–920842. Judgment affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1353.** State v. DePew. *Butler County*, No. CA85–07–075. Judgment affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1451.** State ex rel. Johnson v. Second Dist. Court of Appeals. In Procedendo. On motion to dismiss or for summary judgment. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.